1  Sarah Gavigan (SBN 294781)
   sarah@carecensf.org
2  Tala Hartsough (SBN 230204)
   tala@carecensf.org
3  CARECEN SF
   3101 Mission Street, Suite 101
4  San Francisco, CA 94110
   Telephone: (415) 529-1705
5
   *Counsel for Petitioner*
6

7              IN THE UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF CALIFORNIA
8

9  KARINA ALEJANDRA GARCIA          )  CASE NO. 1:25-cv-01744 DJC-CKD
   MARIAGUA,                        )
10                                  )
                                    )
       Petitioner,                  )  **ORDER REGARDING BRIEFING SCHEDULE**
11                                  )  **FOR MOTION FOR TEMPORARY**
     v.                             )  **RESTRAINING ORDER-PRELIMINARY**
12                                  )  **INJUNCTION**
   CHRISTOPHER CHESTNUT, ET AL.,    )
13                                  )
       Respondents.                 )  Honorable Daniel J. Calabretta
14                                  )  UNITED STATES DISTRICT JUDGE
                                    )
15                                  )
                                    )
16                                  )
                                    )
17                                  )
                                    )
18

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING BRIEFING SCHEDULE FOR TRO
1:25-CV-01744-DJC-CKD

**ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. The following deadlines will apply to Plaintiff's Motion for Temporary Restraining Order-Preliminary Injunction:

| Event | Date |
|---|---|
| Respondents file Response to Order to Show Cause why Court should not issue a preliminary injunction | 01/08/2026 |
| Petitioner files Reply in Support of Motion for TRO-PI | 01/12/2026 |

2. The Court's Order dated December 11, 2025, Dkt. No. 11, will remain in effect pending a decision from this Court on Plaintiff's Motion for Temporary Restraining Order-Preliminary Injunction following briefing and a hearing if the Court determines a hearing is necessary.

Pursuant to stipulation, IT IS SO ORDERED.

Dated:  December 15, 2025                              /s/ Daniel J. Calabretta
                                                                      THE HONORABLE DANIEL J. CALABRETTA
                                                                      UNITED STATES DISTRICT JUDGE